# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case No.:** 15-56833 | **Trustee Name:** | Mark H. Shapiro |
| **Case Name:** ABU-HAMDAN, OMAR | **Date Filed (f) or Converted (c):** | 11/18/2015 (f) |
| **For the Period Ending:** 03/31/2019 | **§341(a) Meeting Date:** | 12/16/2015 |
| | **Claims Bar Date:** | 07/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining** |
| **Ref. #** | | | | | |
| 1  12326 Willoway Plymouth, MI 48170 Single Family Residence | $400,000.00 | $15,000.00 | | $0.00 | FA |
| **Asset Notes:** Real property is secured and Debtor's claimed exemptions - no nonexempt equity | | | | | |
| 2  14103 Robertson Dearborn, MI 48126 Single Family Residence | $50,000.00 | $15,000.00 | | $0.00 | FA |
| **Asset Notes:** Redemption period expired | | | | | |
| 3  On Deposit Huntington Bank | $500.00 | $0.00 | | $0.00 | FA |
| 4  Misc. Household Goods In Debtor's Possession | $3,000.00 | $0.00 | | $0.00 | FA |
| 5  Misc. Clothing and Personal Effects In Debtor's Possession | $5,000.00 | $0.00 | | $0.00 | FA |
| 6  Term Life West Coast life | $1.00 | $0.00 | | $0.00 | FA |
| 7  IRA Putnam Investments | $35,000.00 | $781.84 | | $781.84 | FA |
| 8  Zohd Enterprises 100% owner | $1.00 | $1.00 | | $11.82 | FA |
| **Asset Notes:** Investigation of business via subpoenas | | | | | |
| 9  2009 Toyota RAV 4 In Debtor's Possession | $11,000.00 | $7,525.00 | | $7,525.00 | FA |
| 10  14 parcels of real property in Lebanon (u) | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| **Asset Notes:** Order Approving Sale of Real Property under Section 363(b) entered 4/22/16 [docket no. 80] | | | | | |
|  Motion For Sale of Property under Section 363(b) Filed by Trustee Mark H. Shapiro filed 4/4/16 [docket no. 60] | | | | | |
|  Employed Special Counsel to clear title and prepare to sell real property - no purchase price is known yet | | | | | |
| 11  Tax Refunds (u) | $3,978.00 | $3,978.00 | | $6,930.58 | FA |
| 12  1981 Mercedes Benz (u) | $5,405.00 | $5,405.00 | | $5,405.00 | FA |
| **Asset Notes:** Report of Sale filed 1/19/17 [docket no. 188] | | | | | |
|  Order Approving Auction Sale of Mercedes Benz per court order entered 11/29/16 [docket no. 177] | | | | | |
|  Motion to Sell Property Free & Clear under Section 363(f) with all Liens, Claims & Interests Attaching to the Proceeds of Sale filed 11/9/16 [docket no. 173] | | | | | |
|  Order Compelling Turn Over entered 9/27/16 [docket no. 152] | | | | | |
|  Motion to Compel Turn Over filed 7/22/16 [docket no. 120] | | | | | |
|  Asset associated with adversary proceeding (see asset no. 13) - avoidance of fraudulent conveyance | | | | | |
| 13  Adversary proceeding filed against Diana Abu-Hamdan - Case No. 16-04319 (u) | $135,827.38 | $135,827.38 | | $3,004.85 | FA |
| **Asset Notes:** Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] | | | | | |
|  Motion to Compromise filed 6/5/17 included this adversary as well as asset no. 15 (adversary) | | | | | |
|  Default judgment entered - total of money judgment is from $124,900 from the value of proceeds Diana received from sale of 7406 N. US Hwy 23, and $10,927.38 from the value of the payments made to Ford Motor Credit for the benefit of Diana entered 7/1/16 [docket no. 22] - Mercedes Benz is listed as asset no. 12 and 7404 N. US Hwy 23, Oscoda, MI is listed as asset 16 were put into the Trustee's name per default judgment entered 7/1/16 [docket no. 22] | | | | | |
|  Second Amended Complaint filed to avoid transfers of 7404 N. US Hwy 23, Osoda, MI (see asset no. 16), 1981 Mercedes Benz (see asset no. 12), proceeds received from sale of 7406 N. US Hwy 23, Oscoda, MI and monthly payments made to Ford Motor Credit to pay Defendant's car loan | | | | | |

|  | SUBTOTALS | $0.00 | $0.00 |
|---|---|---|---|

| Case No.: | 15-56833 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | ABU-HAMDAN, OMAR | | Date Filed (f) or Converted (c): | 11/18/2015 (f) |
| For the Period Ending: | 03/31/2019 | | §341(a) Meeting Date: | 12/16/2015 |
| | | | Claims Bar Date: | 07/05/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |
| 14 | Adversary proceeding filed against Mary Stackpoole - Case No. 16-04764 (u) | $36,000.00 | $27,000.00 | | $27,000.00 | FA |
| **Asset Notes:** | Order Approving Compromise entered 11/4/16 [docket no. 171] <br> Motion to Compromise Adversary Proceeding filed 10/10/16 [docket no. 156] | | | | | |
| 15 | Adversary proceeding filed against Diana Abu-Hamdan and Pated Investments, L.L.C. - Case No. 16-04850 (u) | $226,268.09 | $226,268.09 | | $80,000.00 | FA |
| **Asset Notes:** | Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] <br> Motion for Order Approving Settlement Agreement filed 6/5/17 [docket no. 194] | | | | | |
| 16 | 7404 N. US Hwy. 23, Oscoda, MI (u) | $115,680.80 | $115,680.80 | | $140,299.48 | FA |
| **Asset Notes:** | Order Approving Sale of Real Property entered 10/18/16 [docket no. 163] <br> Motion to Sell Real Property filed 9/22/16 [docket no. 150] <br> Asset associated with adversary proceeding (see asset no. 13) - avoidance of fraudulent conveyance | | | | | |
| 17 | Contempt costs (u) | $4,000.00 | $4,000.00 | | $4,000.00 | FA |
| 18 | Contempt costs (u) | $650.00 | $650.00 | | $650.00 | FA |

**TOTALS (Excluding unknown value)**  $1,037,311.27   $562,117.11    **Gross Value of Remaining Assets**  $275,608.57   $5,000.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/15/2019 | Continued efforts through Lebanon courts by special counse to sell real property in Lebanon |
| 03/29/2018 | Collection of compromise. Sale of property in Lebanon via Order in Bankruptcy Court |
| 03/28/2017 | Collection of judgment on adversary case no. 16-04319 against Diana Abu-Hamdan through garnishment; First Amended Complaint filed 3/24/17 in adversary case no. 16-04850; Lien put on property in Lebanon to stop any potential sale of real property |
| 03/31/2016 | Administration and investigation of nonexempt assets |
| 02/26/2016 | Objection to exemptions |

**Initial Projected Date Of Final Report (TFR):** 10/31/2018   /s/ MARK H. SHAPIRO

**Current Projected Date Of Final Report (TFR):** 12/31/2019   MARK H. SHAPIRO

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| **Case No.** 15-56833 | **Trustee Name:** | Mark H. Shapiro |
| **Case Name:** ABU-HAMDAN, OMAR | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** **-***8221 | **Checking Acct #:** | ******3228 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | Checking Account |
| **For Period Beginning:** 04/01/2018 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 03/31/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/14/2016 | | Omar Abu Hamdan | Order Compelling Debtor to Turn Over Property of the Estate per court order entered 3/21/16 [docket no. 48] | * | $8,306.84 | | $8,306.84 |
| | {7} | | Nonexempt equity in IRA Putnam Investments  $781.84 | 1129-000 | | | $8,306.84 |
| | {9} | | Nonexempt equity in vehicle  $7,525.00 | 1129-000 | | | $8,306.84 |
| 04/28/2016 | (8) | The Huntington National Bank | Turnover of bank account at Huntington National Bank | 1129-000 | $11.82 | | $8,318.66 |
| 04/28/2016 | (11) | The Huntington National Bank | Order Compelling Debtor to Turn Over Tax Refunds per court order entered 5/3/16 [docket no. 89] | 1224-000 | $6,447.45 | | $14,766.11 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.54 | $14,760.57 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.36 | $14,737.21 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $22.95 | $14,714.26 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.67 | $14,690.59 |
| 08/11/2016 | | Abdel Khalik Samir Chafik | Wire transfer to special counsel in Lebanon to file lien against real property held by the Debtor - approval by Steve Wagner of the OUST | 2420-000 | | $1,114.79 | $13,575.80 |
| 08/11/2016 | 5001 | Steinberg Shapiro & Clark | First Interim Application of Attorney for Trustee fees per court order entered 8/11/16 [docket no. 139] | 3110-000 | | $3,783.76 | $9,792.04 |
| 08/11/2016 | 5002 | Steinberg Shapiro & Clark | First Interim Application of Attorney for Trustee expenses per court order entered 8/11/16 [docket no. 139] | 3120-000 | | $1,216.24 | $8,575.80 |
| 08/26/2016 | (11) | Omar H Abuhamdan | Balance due re: Order Compelling Debtor to Turn Over Tax Refunds per court order entered 5/3/16 [docket no. 89] | 1224-000 | $483.13 | | $9,058.93 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $17.28 | $9,041.65 |
| 09/06/2016 | (13) | The Huntington National Bank | Payment towards default judgment entered 7/1/16 [docket no. 22 in adv. proceeding] and amended default judgment entered 9/28/16 [docket no. 41 in adv. proceeding] | 1249-000 | $2,321.61 | | $11,363.26 |
| | | | **SUBTOTALS** | | **$19,892.46** | **$6,207.59** | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-56833 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | ABU-HAMDAN, OMAR | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8221 | | Checking Acct #: | ******3228 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 04/01/2018 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/06/2016 | 5003 | Higer Court Reporting | Transcript charge of examination of Omar Abu-Hamdan - Volume II - Invoice no. 301-JH | 2990-000 | | $212.10 | $11,151.16 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.62 | $11,134.54 |
| 10/11/2016 | (13) | Plymouth-Canton Community Schools | Payment towards default judgment entered 7/1/16 [docket no. 22 in adv. proceeding] and amended default judgment entered 9/28/16 [docket no. 41 in adv. proceeding] | 1249-000 | $46.45 | | $11,180.99 |
| 10/12/2016 | 5004 | Trustee Insurance Agency | Insurance premium on 7404 N. US Highway, 23, Oscoda, MI 48750 (Trustee is in the process of selling real property) | 2410-000 | | $49.35 | $11,131.64 |
| 10/27/2016 | (13) | Plymouth-Canton Community Schools | Payment towards default judgment entered 7/1/16 [docket no. 22 in adv. proceeding] and amended default judgment entered 9/28/16 [docket no. 41 in adv. proceeding] | 1249-000 | $17.23 | | $11,148.87 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $17.92 | $11,130.95 |
| 11/15/2016 | (13) | Plymouth-Canton Community Schools | Payment towards default judgment entered 7/1/16 [docket no. 22 in adv. proceeding] and amended default judgment entered 9/28/16 [docket no. 41 in adv. proceeding] | 1249-000 | $46.44 | | $11,177.39 |
| 11/15/2016 | (14) | Mary Stackpoole | Payment per compromise order entered 11/4/16 [docket no. 171] | 1241-000 | $27,000.00 | | $38,177.39 |
| | | | | SUBTOTALS | $54,110.12 | $295.99 | |

| Case No. | 15-56833 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | ABU-HAMDAN, OMAR | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8221 | | Checking Acct #: | ******3228 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 04/01/2018 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/21/2016 | | Landmark Title Corp. | Order Approving Sale of Real Property entered 10/18/16 [docket no. 163] - Report of Sale filed 12/6/16 [docket no. 179] | | * | $115,680.80 | | $153,858.19 |
| | {16} | | Sale price of property | $140,000.00 | 1210-000 | | | $153,858.19 |
| | {16} | | Summer Tax 11/18/16 - 1/1/17 | $299.48 | 1210-000 | | | $153,858.19 |
| | | | Winter Tax 1/1/16 to 11/18/16 | ($686.13) | 2820-000 | | | $153,858.19 |
| | | | Owner's title insurance to Landmark Title Corp. | ($864.05) | 2500-000 | | | $153,858.19 |
| | | | Commission to Lighthouse Realty Oscoda North | ($7,350.00) | 3510-000 | | | $153,858.19 |
| | | | Commission to Century 21 - Tawas Realty | ($2,450.00) | 3510-000 | | | $153,858.19 |
| | | | Transfer Tax - County to Iosco County Register of Deeds | ($154.00) | 2820-000 | | | $153,858.19 |
| | | | Transfer Tax - State to Iosco County Register of Deeds | ($1,050.00) | 2820-000 | | | $153,858.19 |
| | | | Courier/Wire Fees to Landmark Title Corp. | ($20.00) | 2500-000 | | | $153,858.19 |
| | | | 2014 Taxes to Iosco County Treasurer | ($5,262.80) | 4700-000 | | | $153,858.19 |
| | | | 2015 Taxes to Iosco County Treasurer | ($4,183.47) | 4700-000 | | | $153,858.19 |
| | | | 2016 Summer Tax to Oscoda Township Treasurer | ($2,565.89) | 2820-000 | | | $153,858.19 |
| | | | Final Water Bill | ($32.34) | 2500-000 | | | $153,858.19 |
| 11/21/2016 | 5005 | Trustee Insurance Agency | Insurance premium on 7404 N. US Highway, 23, Oscoda, MI 48750 for November 1 through closing November 18, 2016 | | 2410-000 | | $102.00 | $153,756.19 |
| 11/29/2016 | (13) | Plymouth-Canton Community Schools | Payment towards default judgment entered 7/1/16 [docket no. 22 in adv. proceeding] and amended default judgment entered 9/28/16 [docket no. 41 in adv. proceeding] | | 1249-000 | $46.44 | | $153,802.63 |

| | | | SUBTOTALS | | | $115,773.68 | $102.00 | |

| Case No. | 15-56833 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | ABU-HAMDAN, OMAR | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8221 | | Checking Acct #: | ******3228 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 04/01/2018 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.27 | $153,734.36 |
| 12/05/2016 | 5006 | Insurance Partners Agency, Inc. | Bond renewal | 2300-000 | | $10.16 | $153,724.20 |
| 12/13/2016 | (13) | Plymouth-Canton Community Schools | Payment towards default judgment entered 7/1/16 [docket no. 22 in adv. proceeding] and amended default judgment entered 9/28/16 [docket no. 41 in adv. proceeding] | 1249-000 | $73.60 | | $153,797.80 |
| 12/19/2016 | (12) | R. J. Montgomery and Associates, Inc. | Auction proceeds for sale of Mercedes per court order entered 11/29/16 [docket no. 177] | 1229-000 | $5,405.00 | | $159,202.80 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $250.21 | $158,952.59 |
| 01/05/2017 | 5007 | Steinberg Shapiro & Clark | Second Interim Application of Attorney for Trustee fees per court order entered 1/4/17 [docket no. 185] | 3110-000 | | $39,719.74 | $119,232.85 |
| 01/05/2017 | 5008 | Steinberg Shapiro & Clark | Second Interim Application of Attorney for Trustee expenses per court order entered 1/4/17 [docket no. 185] | 3120-000 | | $564.16 | $118,668.69 |
| 01/30/2017 | (13) | Plymouth-Canton Community Schools | Payment towards default judgment entered 7/1/16 [docket no. 22 in adv. proceeding] and amended default judgment entered 9/28/16 [docket no. 41 in adv. proceeding] | 1249-000 | $6.54 | | $118,675.23 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $201.98 | $118,473.25 |
| 02/14/2017 | (13) | Plymouth-Canton Community Schools | Payment towards default judgment entered 7/1/16 [docket no. 22 in adv. proceeding] and amended default judgment entered 9/28/16 [docket no. 41 in adv. proceeding] | 1249-000 | $190.69 | | $118,663.94 |
| 02/27/2017 | (13) | Plymouth-Canton Community Schools | Payment towards default judgment entered 7/1/16 [docket no. 22 in adv. proceeding] and amended default judgment entered 9/28/16 [docket no. 41 in adv. proceeding] | 1249-000 | $61.83 | | $118,725.77 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $172.79 | $118,552.98 |
| 03/10/2017 | 5009 | Steven R. Chapski, CPA | First Interim Application of Accountant for Trustee fees per court order entered 3/10/17 [docket no. 192] | 3410-000 | | $1,225.00 | $117,327.98 |

| | | | | SUBTOTALS | $5,737.66 | $43,437.31 |

| Case No. | 15-56833 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | ABU-HAMDAN, OMAR | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8221 | | Checking Acct #: | ******3228 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 04/01/2018 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/27/2017 | (13) | Plymouth-Canton Community Schools | Payment towards default judgment entered 7/1/16 [docket no. 22 in adv. proceeding] and amended default judgment entered 9/28/16 [docket no. 41 in adv. proceeding] | 1249-000 | $35.19 | | $117,363.17 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $190.09 | $117,173.08 |
| 04/17/2017 | (13) | Plymouth-Canton Community Schools | Payment towards default judgment entered 7/1/16 [docket no. 22 in adv. proceeding] and amended default judgment entered 9/28/16 [docket no. 41 in adv. proceeding] | 1249-000 | $90.48 | | $117,263.56 |
| 04/19/2017 | (17) | Diana N Abuhamdan | Motion to Compromise to be filed - Contempt costs per court orders [docket nos. 124 and 152] | 1229-000 | $4,000.00 | | $121,263.56 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $184.46 | $121,079.10 |
| 05/15/2017 | (13) | Plymouth-Canton Community Schools | Payment towards default judgment entered 7/1/16 [docket no. 22 in adv. proceeding] and amended default judgment entered 9/28/16 [docket no. 41 in adv. proceeding] | 1249-000 | $6.53 | | $121,085.63 |
| 05/15/2017 | 5010 | Steven Howell, Esq. | Mediation retainer per court order entered 4/28/17 in adversary proceeding case no. 16-04850 [docket no. 61] | 2990-000 | | $2,500.00 | $118,585.63 |
| 05/30/2017 | (13) | Plymouth-Canton Community Schools | Payment towards default judgment entered 7/1/16 [docket no. 22 in adv. proceeding] and amended default judgment entered 9/28/16 [docket no. 41 in adv. proceeding] | 1249-000 | $61.82 | | $118,647.45 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $194.34 | $118,453.11 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $184.97 | $118,268.14 |
| 07/05/2017 | | Dickinson Wright PLLC | Refund on Check# 5010 regarding Mediation retainer | 2990-002 | | ($1,131.20) | $119,399.34 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $192.29 | $119,207.05 |
| 08/28/2017 | (18) | Omar H Abuhamdan | Contempt costs per court order entered 8/3/17 [docket no. 206] | 1229-000 | $650.00 | | $119,857.05 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $192.36 | $119,664.69 |
| 09/18/2017 | | Integrity Bank | Transfer Funds | 9999-000 | | $119,664.69 | $0.00 |
| | | | | SUBTOTALS | $4,844.02 | $122,172.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 15-56833 |
| Case Name: | ABU-HAMDAN, OMAR |
| Primary Taxpayer ID #: | **-***8221 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 04/01/2018 |
| For Period Ending: | 03/31/2019 |

| | |
|---|---|
| Trustee Name: | Mark H. Shapiro |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******3228 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | |
|---|---|---|---|
| TOTALS: | $170,989.89 | $170,989.89 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $119,664.69 | |
| Subtotal | $170,989.89 | $51,325.20 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $170,989.89 | $51,325.20 | |

**For the period of 04/01/2018 to 03/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/14/2016 to 3/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $195,608.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $195,608.57 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $75,943.88 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursement | $75,943.88 |
| Total Internal/Transfer Disbursements: | $119,664.69 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 7

| Case No. | 15-56833 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | ABU-HAMDAN, OMAR | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8221 | | Checking Acct #: | ******6833 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 04/01/2018 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/18/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $119,664.69 | | $119,664.69 |
| 09/26/2017 | 5001 | Steinberg Shapiro & Clark | Third Interim Application of Attorney for Trustee fees per court order entered 9/26/17 [docket no. 223] | 3110-000 | | $23,853.00 | $95,811.69 |
| 09/26/2017 | 5002 | Steinberg Shapiro & Clark | Third Interim Application of Attorney for Trustee expenses per court order entered 9/26/17 [docket no. 223] | 3120-000 | | $2,715.49 | $93,096.20 |
| 09/29/2017 | (15) | Pated Investments, LLC | Payment per Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] | 1249-000 | $20,000.00 | | $113,096.20 |
| 09/29/2017 | 5003 | Wayne County Register of Deeds | Filing fee for Recording Real Estate Mortgage | 2990-000 | | $27.00 | $113,069.20 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $63.72 | $113,005.48 |
| 10/02/2017 | (15) | Pated Investments LLC | Payment per Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] | 1249-000 | $4,000.00 | | $117,005.48 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $172.32 | $116,833.16 |
| 11/08/2017 | (15) | Pated Investments | Payment per Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] | 1249-000 | $4,000.00 | | $120,833.16 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $172.22 | $120,660.94 |
| 12/04/2017 | (15) | Pated Investments LLC | Payment per Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] | 1249-000 | $4,000.00 | | $124,660.94 |
| 12/08/2017 | 5004 | Insurance Partners Agency, Inc. | Bond payment | 2300-000 | | $65.01 | $124,595.93 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $184.38 | $124,411.55 |

15-56833-tjt    Doc 233    Filed 04/26/19    Entered 04/26/19 09:51:20    Page 9 of 14

SUBTOTALS    $151,664.69    $27,437.52

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 8

| Case No. | 15-56833 | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|
| Case Name: | ABU-HAMDAN, OMAR | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8221 | Checking Acct #: | ******6833 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/09/2018 | (15) | Pated Investments LLC | Payment per Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] | 1249-000 | $4,000.00 | | $128,411.55 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $189.04 | $128,222.51 |
| 02/08/2018 | (15) | Pated Investments LLC | Payment per Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] | 1249-000 | $4,000.00 | | $132,222.51 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $175.30 | $132,047.21 |
| 03/06/2018 | (15) | Pated Investments LLC | Payment per Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] | 1249-000 | $4,000.00 | | $136,047.21 |
| 03/08/2018 | 5005 | Mark H. Shapiro, Trustee | First Interim Application of Trustee fees per court order entered 3/8/18 [docket no. 226] | 2100-000 | | $8,419.30 | $127,627.91 |
| 03/08/2018 | 5006 | Mark H. Shapiro, Trustee | First Interim Application of Trustee expenses per court order entered 3/8/18 [docket no. 226] | 2200-000 | | $3,639.20 | $123,988.71 |
| 03/16/2018 | 5007 | Chapski & Chapski, CPAs, LLP | Ex Parte Second Interim Application of Accountant for Trustee fees per court order entered 3/16/18 [docket no. 228] | 3410-000 | | $350.00 | $123,638.71 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $187.98 | $123,450.73 |
| 04/02/2018 | (15) | Pated Investments LLC | Payment per Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] | 1249-000 | $4,000.00 | | $127,450.73 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $182.84 | $127,267.89 |
| 05/07/2018 | (15) | Pated Investments LLC | Payment per Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] | 1249-000 | $4,000.00 | | $131,267.89 |
| | | | SUBTOTALS | | $24,000.00 | $13,143.66 | |

15-56833-tjt    Doc 233    Filed 04/26/19    Entered 04/26/19 09:51:20    Page 10 of 14

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 9

| Case No. | 15-56833 | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|
| Case Name: | ABU-HAMDAN, OMAR | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8221 | Checking Acct #: | ******6833 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $193.47 | $131,074.42 |
| 06/07/2018 | (15) | Pated Investments LLC | Payment per Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] | 1249-000 | $4,000.00 | | $135,074.42 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $192.85 | $134,881.57 |
| 07/06/2018 | (15) | Pated Investments LLC | Payment per Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] | 1249-000 | $4,000.00 | | $138,881.57 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $204.78 | $138,676.79 |
| 08/03/2018 | (15) | Pated Investments LLC | Payment per Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] | 1249-000 | $4,000.00 | | $142,676.79 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $33.23 | $142,643.56 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($33.23) | $142,676.79 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $2,496.84 | $140,179.95 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($2,496.84) | $142,676.79 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $212.06 | $142,464.73 |
| 09/10/2018 | (15) | Pated Investments, LLC | Payment per Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] | 1249-000 | $4,000.00 | | $146,464.73 |
| 09/12/2018 | 5008 | U.S. Bankruptcy Court | Interim distribution per court order entered 9/11/18 [docket no. 232] | 2700-000 | | $1,050.00 | $145,414.73 |
| 09/12/2018 | 5009 | Mr. Riad Al-Awar | Interim distribution per court order entered 9/11/18 [docket no. 232] - Distribution Dividend: 35.50 on Claim # 1; | 7100-000 | | $93,366.42 | $52,048.31 |
| 09/12/2018 | 5010 | Discover Bank | Interim distribution per court order entered 9/11/18 [docket no. 232] - Distribution Dividend: 35.50 on Claim # 2; | 7100-000 | | $3,583.74 | $48,464.57 |
| | | | | SUBTOTALS | $16,000.00 | $102,387.06 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 10

| Case No. | 15-56833 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | ABU-HAMDAN, OMAR | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8221 | | Checking Acct #: | ******6833 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 04/01/2018 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/12/2018 | 5011 | American InfoSource LP as agent for | Interim distribution per court order entered 9/11/18 [docket no. 232] - Distribution Dividend: 35.50 on Claim # 3; | 7100-000 | | $1,060.53 | $47,404.04 |
| 09/12/2018 | 5012 | Capital One Bank (USA), N.A. | Interim distribution per court order entered 9/11/18 [docket no. 232] - Distribution Dividend: 35.50 on Claim # 4; | 7100-000 | | $6,823.26 | $40,580.78 |
| 09/12/2018 | 5013 | American Express Centurion Bank | Interim distribution per court order entered 9/11/18 [docket no. 232] - Distribution Dividend: 35.50 on Claim # 5; | 7100-000 | | $648.12 | $39,932.66 |
| 09/12/2018 | 5014 | Portfolio Recovery Associates, LLC | Interim distribution per court order entered 9/11/18 [docket no. 232] - Distribution Dividend: 35.50 on Claim # 6; | 7100-000 | | $5,297.53 | $34,635.13 |
| 09/12/2018 | 5015 | Weisman, Young & Ruemenapp, P.C. | Interim distribution per court order entered 9/11/18 [docket no. 232] - Distribution Dividend: 35.50 on Claim # 7; | 7100-000 | | $13,170.40 | $21,464.73 |
| 10/05/2018 | (15) | Pated Investments LLC | Payment per Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] | 1249-000 | $4,000.00 | | $25,464.73 |
| 11/08/2018 | (15) | Pated Investments LLC | Payment per Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] | 1249-000 | $4,000.00 | | $29,464.73 |
| 12/10/2018 | (15) | Pated Investments LLC | Payment per Order Granting the Trustee's Motion for an Order Approving Settlement Agreement, and Supplement to the Court's August 30, 2017 Bench Opinion entered 8/30/17 [docket no. 220] | 1249-000 | $4,000.00 | | $33,464.73 |
| 12/10/2018 | 5016 | Insurance Partners Agency, Inc. | Bond premium for 11/1/18 - 10/31/19 | 2300-000 | | $44.18 | $33,420.55 |

| | | | SUBTOTALS | | $12,000.00 | $27,044.02 |
|---|---|---|---|---|---|---|

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 15-56833 |
| Case Name: | ABU-HAMDAN, OMAR |
| Primary Taxpayer ID #: | **-***8221 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 04/01/2018 |
| For Period Ending: | 03/31/2019 |

| | |
|---|---|
| Trustee Name: | Mark H. Shapiro |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******6833 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | |
|---|---|---|---|
| TOTALS: | $199,664.69 | $166,244.14 | $33,420.55 |
| Less: Bank transfers/CDs | $119,664.69 | $0.00 | |
| Subtotal | $80,000.00 | $166,244.14 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $80,000.00 | $166,244.14 | |

**For the period of 04/01/2018 to 03/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $36,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $126,030.18 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $126,030.18 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/18/2017 to 3/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $80,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $80,000.00 |
| Total Internal/Transfer Receipts: | $119,664.69 |
| | |
| Total Compensable Disbursements: | $166,244.14 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursement | $166,244.14 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** 15-56833 | **Trustee Name:** | Mark H. Shapiro |
| **Case Name:** ABU-HAMDAN, OMAR | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** **-***8221 | **Checking Acct #:** | ******6833 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | DDA |
| **For Period Beginning:** 04/01/2018 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 03/31/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $250,989.89 | $217,569.34 | $33,420.55 |

**For the period of 04/01/2018 to 03/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $36,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $126,030.18 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $126,030.18 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/18/2017 to 3/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $275,608.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $275,608.57 |
| Total Internal/Transfer Receipts: | $119,664.69 |
| | |
| Total Compensable Disbursements: | $242,188.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $242,188.02 |
| Total Internal/Transfer Disbursements: | $119,664.69 |

/s/ MARK H. SHAPIRO

MARK H. SHAPIRO